UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PATRICK SUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALVIN CHEUNG, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02112-CSK<br><br>ORDER DENYING MOTION FOR E-FILING PRIVILEGES<br><br>(ECF Nos. 28, 34.) |

　　　　Presently before the Court are two motions for permission to e-file documents, filed on January 21, 2025 and February 3, 2025 by Plaintiff Philip Patrick Sun, who proceeds without the assistance of counsel.[1] (ECF Nos. 28, 34.) Plaintiff notes that he is located in Texas and this is a diversity case (ECF No. 28), and states that he has regular access to the technical requirements to e-file documents (ECF No. 34). Defendants Alvin Cheung and California Northstate University, LLC have not responded to the request. *See* Docket.

　　　　The Local Rules are clear that "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." *See* Local Rule 133(b)(2). Plaintiff's motion for electronic case filing does not provide

---

[1] This case proceeds before the undersigned pursuant to 28 U.S.C. § 636(c) upon the consent of all parties. (*See* ECF Nos. 4, 10, 12.)

1

good cause for deviance from this Local Rule. Thus, Plaintiff's motion to e-file is denied. Plaintiff will continue to file documents with the Court and receive service of documents through conventional means.

### **ORDER**

Accordingly, the Court DENIES Plaintiff's motions for permission to e-file documents (EFC Nos. 28, 34).

Dated: February 20, 2025

*/s/ Chi Soo Kim*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, sun.2112.23