DILLINGHAM & MURPHY LLP
DENNIS J. KELLY (SBN 191414)
CYNTHIA C. CHEUNG (SBN 320767)
155 Sansome Street, Suite 700
San Francisco, CA 94104
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300
Email: djk@dillinghammurphy.com
       ccc@dillinghammurphy.com

Attorneys for Defendants CALIFORNIA NORTHSTATE UNIVERISTY, LLC and ALVIN CHEUNG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILIP PATRICK SUN**, <br><br> Plaintiff, <br><br> v. <br><br> **ALVIN CHEUNG and CALIFORNIA NORTHSTATE UNIVERSITY, LLC,** <br><br> Defendants. | Case No.  2:23-CV-02112-CSK <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CHANGE THE HEARING DATE FOR THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT** |

The Court has reviewed and considered Plaintiff Philip Sun and Defendants California Northstate University, LLC and Alvin Cheung (collectively, the "Parties")'s Stipulation to move the hearing date for the Parties' Motions for Summary Judgment currently set for April 29, 2025 at 10 a.m. in this matter, and good cause appearing:

IT IS HEREBY ORDERED:

1. The Hearing on the Parties' motions for summary judgment currently set for April 29, 2025 at 10:00 a.m. is rescheduled to April 25, 2025, at 3:00 p.m. in Courtroom 25 before U.S. Magistrate Judge Chi Soo Kim.

Dated:  April 14, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, sun.2112.23